1  CRAIG A. HENDERSON
   Nevada Bar No. 10077
2  BAILEY❖KENNEDY
   8984 Spanish Ridge Avenue
3  Las Vegas, Nevada 89148
   (702) 562-8820 Telephone
4  (702) 562-8821 Facsimile
   CHenderson@BaileyKennedy.com
5
   Attorneys for Plaintiffs
6  BEL AIR GRAND HOLDINGS, LLC;
   THE JRB-TAT BAILEY FAMILY TRUST;
7  and JOHN R. BAILEY, P.C.

8
                    UNITED STATES DISTRICT COURT
9
                       DISTRICT OF NEVADA
10

11 BEL AIR GRAND HOLDINGS, LLC, a          )
   Nevada limited liability company; The JRB- )   Case No.:  2:10-cv-00063-JCM-LRL
12 TAT BAILEY FAMILY TRUST, a Nevada       )
   trust; and JOHN R. BAILEY, P.C., a Nevada )
13 professional corporation,               )
                                           )
14                       Plaintiffs,        )   **PLAINTIFFS' WITHDRAWAL OF**
                                           )   **MOTION TO COMPEL**
15        vs.                               )
                                           )
16 FEDERAL DEPOSIT INSURANCE              )
   CORPORATION, as Receiver for            )
17 COMMUNITY BANK OF NEVADA,              )
                                           )
18                       Defendant.         )
                                           )
19 _____

20

21

22

23

24

25

1    Plaintiffs Bel Air Grand Holdings, LLC; The JRB-TAT Bailey Family Trust; and John R.

2    Bailey, P.C. hereby withdraw their Motion to Compel (Doc. #35).

3        DATED this 22nd day of August, 2011.

4                                          BAILEY❖KENNEDY

5

6                              By:    /s/ Craig A. Henderson
                                      CRAIG A. HENDERSON
7                                     8984 Spanish Ridge Avenue
                                      Las Vegas, Nevada 89148
8                                     (702) 562-8820 Telephone
                                      (702) 562-8821 Facsimile
9
                                      Attorneys for Plaintiffs
10                                    BEL AIR GRAND HOLDINGS, LLC;
                                      THE JRB-TAT BAILEY FAMILY TRUST;
11                                    and JOHN R. BAILEY, P.C.

12

13

14

15

16

17

18    IT IS SO ORDERED.

19

20    UNITED STATES MAGISTRATE JUDGE

21    DATED: _____ August 23, 2011 _____

22

23

24

25