JOSEPH A. LIEBMAN
Nevada Bar No. 10125
BAILEY❖KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148
(702) 562-8820 Telephone
(702) 562-8821 Facsimile
JLiebman@baileykennedy.com

Attorneys for Plaintiffs
BEL AIR GRAND HOLDINGS, LLC;
THE JRB-TAT BAILEY FAMILY TRUST;
and JOHN R. BAILEY, P.C.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BEL AIR GRAND HOLDINGS, LLC, a Nevada limited liability company; The JRB-TAT BAILEY FAMILY TRUST, a Nevada trust; and JOHN R. BAILEY, P.C., a Nevada professional corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for COMMUNITY BANK OF NEVADA,<br><br>Defendants. | Case No.: 2:10-cv-00063-JCM-LRL<br><br>**STIPULATION AND ORDER RELEASING ESCROW FUNDS AND FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs Bel Air Grand Holdings, LLC; the JRB-TAT Bailey Family Trust; and John R. Bailey, P.C., and Defendant Federal Deposit Insurance Corporation as receiver for Community Bank of Nevada ("Defendant"), by and through their respective counsel of record, hereby stipulate as follows:

    1.    That all of the funds deposited with Nevada Title Company in Escrow Account No.: BO-05-0014-FCL, under this Court's jurisdiction, shall be immediately released to: 2010-1

1

CRE Venture, LLC, in care of its legal counsel of record, Allyson R. Noto, Esq., of the law firm of Sylvester and Polednak, Ltd., 1731 Village Center Cir., Las Vegas, NV 89134.

2. That, in accordance with F.R.C.P. 41(a)(2), all claims in this case shall be fully and finally dismissed with prejudice.

IT IS SO ORDERED this 27th day of September, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE
JAMES C. MAHAN

Respectfully submitted by:

BAILEY❖KENNEDY                              SYLVESTER & POLEDNAK


By: /s/ Joseph A. Liebman                    By: /s/ Allyson R. Noto
   JOSEPH A. LIEBMAN                             ALLYSON R. NOTO
   8984 Spanish Ridge Avenue                    1731 Village Center Circle
   Las Vegas, Nevada 89148                      Las Vegas, Nevada 89134
   (702) 562-8820 Telephone                     (702) 952-5200 Telephone
   (702) 562-8821 Facsimile                     (702) 952-5205 Facsimile

Attorneys for Plaintiffs                      Attorneys for Defendant Federal Deposit
Bel Air Grand Holdings, LLC;                  Insurance Corporation
The JRB-TAT Bailey Family Trust;
and John R. Bailey, P.C.